No. 10-10887. Shondel Lamar Larkin, Petitioner v. James A. Yates, Warden.

565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6249.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 417 Fed. Appx. 708.